IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :    19-mj-01595-UA

JAMELIA PHILLIPS                :

## ORDER

AND NOW, this __7th__ day of __October__, 2019, upon consideration of the Motion filed by Defendant, Jamelia Phillips ("Phillips") to Authorize Criminal Justice Act Funds for Legal Counsel with Expertise in Immigration Law (the "Motion"), and it appearing to the Court that: (i) Phillips requires the services of a qualified Immigration Lawyer; (ii) Defense counsel in this action is willing and able to identify a qualified Immigration Lawyer on receipt of this Order; and (iii) it is likely that compensation for a qualified Immigration Lawyer will be required in an amount of $2,600.00, it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED;

2. Defense counsel in this action, Richard H. Maurer ("Attorney Maurer"), is AUTHORIZED to retain a qualified Immigration Lawyer to provide legal consultation for Phillips regarding the impact of a conviction in this case on Phillip's immigration status; and

359296v1

3.  The compensation under the Criminal Justice Act (the "CJA") for the qualified Immigration Lawyer referenced by this Order, who shall be identified by Attorney Maurer within five days after receipt of this Order, is hereby AUTHORIZED in an amount not to exceed $2,600.00, which is the current statutory maximum amount for expert and ancillary services provided to defendants pursuant to the CJA.

BY THE COURT:

_____
U.S.M.J.